Judgments reversed and complaint dismissed, with costs in all courts on dissenting opinion of VAN KIRK, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

JULIA WHITTAM et al., Respondents, *v.* DUNNE-MCCORD Co., Appellant.

*Contract — accounting — action for accounting under contract for operation of factory.*

*Whittam* v. *Dunne-McCord Co.,* 206 App. Div. 734, affirmed.

(Argued December 3, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1923, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of an official referee in an action for an accounting under a contract whereby the defendant furnished the necessary funds and the plaintiffs operated a canning factory, paid the bills, operating expenses, maintenance, etc.; the plaintiffs gave their notes from time to time to the defendant to cover moneys advanced which notes were paid from the sales collections, and the defendant sold the product of the canning factory and kept the books.

*L. Earl Higbee* and *Thomas K. Smith* for appellant.

*Merle Lewis Sheffer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

EBBA VEECK, Appellant, *v.* GUSTAV A. VEECK et al., Respondents.

*Husband and wife — action by wife to rescind separation agreement — when agreement fair and equitable.*

*Veeck* v. *Veeck,* 206 App. Div. 769, affirmed.

(Argued December 3, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,